IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-487-RJC-DCK

| | |
|---|---|
| FOUNDERS FEDERAL CREDIT UNION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LONNIE ROBERT MITCHELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Defendant's "Motion To Stay Order" (Document No. 4) filed September 18, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion.

The undersigned notes that Defendant offers no argument or authority supporting his request that this Court stay a State Court action. See (Document No. 4).

**IT IS, THEREFORE, ORDERED** that *pro se* Defendant's "Motion To Stay Order" (Document No. 4) is **DENIED**.

Signed: November 8, 2020

David C. Keesler
United States Magistrate Judge